IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Michael Goins, | ) | C/A NO.  4:12-1924-CMC-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| South Carolina Department of Corrections, | ) | |
| SCDC; Perry Correctional Institution, PCI; | ) | |
| Special Management Unit, SMU; Officer | ) | |
| Gibson; Lt. Horne; Sgt. Wilson; Lt. Lasley; | ) | |
| Lt. DeGeorgis; Lt. Madden; Capt. Abston; | ) | |
| Sgt. Moody; Cpl. Brown; Sgt. Lawless; | ) | |
| Ofc. Sams; Ofc. McBride; Sgt. Nally; | ) | |
| Lt. Church; Ofc. Binkley, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, proceeding *pro se*, filed this action in this court on July 13, 2012.  By Order filed August 20, 2012, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process.  Plaintiff was warned that failure to provide the necessary information within the timetable set forth in the Order would subject the case to dismissal.  While Plaintiff requested a copy of the complaint form, no further correspondence has been received from Plaintiff, and the time to bring this case into proper form now has lapsed.

Plaintiff has failed to provide the necessary information and therefore has failed to comply with an order of this court.  This case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure.  *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 20, 2012

1